UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE GRAND JURY SUBPOENA      :      No. 3:23-mj-00898 (MEG)
                               :

## NON-DISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding that each provider identified below ("Provider"), being an electronic communication service provider and/or a remote computing service, may not notify any person (including the subscribers or customers of the account(s) listed in the subpoena(s)) of the existence of the grand jury subpoena(s) identified below ("Subpoena") **until October 17, 2024, absent further order from the Court**:

| Provider | Subpoena |
|---|---|
| Amazon.com, Inc. | N-22-1-110(1) |
| Valve Software | N-22-1-110(2) |
| Expedia, Inc. | N-22-1-110(3) |
| Quora, Inc. | N-22-1-110(4) |

The Court determines that there is reason to believe that notification of the existence of the subpoenas, which have not been reviewed by the Court, will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that each Provider shall not disclose the existence of the corresponding Subpoena **until October 17, 2024** (hereinafter, the "Non-Disclosure Date"), absent further order by the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

Any motion to extend the deadlines in this order shall be filed by **October 11, 2024, 2024**.

It is so ordered this  17 th day of October, 2023, at New Haven, Connecticut.

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2023.10.17 12:23:15 -04'00'

HONORABLE MARIA E. GARCIA
United States Magistrate Judge